■ KENNETH A. ANTINORO et al., Respondents, v TOPS MARKETS, INC., Appellant. [602 NYS2d 567] —Order unanimously affirmed with costs. Memorandum: Supreme Court properly denied defendant's motion for summary judgment. There are triable issues of fact whether defendant breached its duty to keep its premises "in a reasonably safe condition, considering all of the circumstances including the purpose of the person's presence and the likelihood of injury" *(Macey v Truman,* 70 NY2d 918, 919; *see also, Basso v Miller,* 40 NY2d 233, 240-241; *Baker v Sportservice Corp.,* 142 AD2d 991, 992). (Appeal from Order of Supreme Court, Cayuga County, Corning, J.—Summary Judgment.) Present—Callahan, J. P., Green, Pine, and Fallon, Davis, JJ.

■ CLIFFORD B. MCDONNELL, SR., Appellant, v CLIFFORD B. MCDONNELL, JR., Defendant. ANN L. MCDONNELL, Intervenor-Respondent. [602 NYS2d 567] —Judgment unanimously affirmed with costs for the reasons stated in decision at Supreme Court, Maloy, J. (Appeal from Judgment of Supreme Court, Monroe County, Maloy, J.—Enforce Judgment.) Present—Callahan, J. P., Green, Pine, Fallon and Davis, JJ.